### RUDISILL *v.* EDSALL.*

From the Allen Circuit Court.

*R. Brackenridge* and *W. H. Jones,* for appellant.

*L. M. Ninde,* for appellee.

PETTIT, C. J.—No line is numbered, nor is there one marginal note made on the transcript, as required by rule 19; and for failing to prepare the record as required by that rule, for our consideration, the submission is set aside.    No

abstract is now required, but numbering of the lines and marginal notes is, by the rule referred to, and we cannot examine the record unless this rule is complied with.

